IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAVONTA C. KELLY, #301223,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NO. 2:19-CV-622-WKW |
| ) | [WO] |
| SGT. LEWIS, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## **ORDER**

On May 6, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 67.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 23rd day of June, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE